UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW J. CREHAN,

    Plaintiff,                             Case No. 1:13-cv-657

v.                                        HON. JANET T. NEFF

MAIDEN LANE LLC, et al.,

    Defendants.
_____/

## ORDER

This is a civil action involving a *pro se* litigant. Maiden Lane Defendants filed a Motion to Dismiss (Dkt 9), and Plaintiff filed a Motion to Remand (Dkt 11). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 17, 2013, recommending that this Court deny Plaintiff's motion to remand, grant Defendants' motion to dismiss, dismiss Plaintiff's claims against Federal Home Loan Mortgage Corporation and John Does 1-99 for failure to timely effect service, and terminate this matter. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 29) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand (Dkt 11) is DENIED.

**IT IS FURTHER ORDERED** that Maiden Lane Defendants' Motion to Dismiss (Dkt 9) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Federal Home Loan Mortgage Corporation and John Does 1-99 are DISMISSED for failure to timely effect service.

**IT IS FURTHER ORDERED** that this matter is TERMINATED.

A Judgment will be entered consistent with this Order.

Dated: February 6, 2014                  /s/ Janet T. Neff
                                         JANET T. NEFF
                                         United States District Judge